1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED

DEC 13 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

6       IN THE UNITED STATES DISTRICT COURT FOR THE
7                EASTERN DISTRICT OF CALIFORNIA

9  IN THE MATTER OF:                )   Case No. 1:06-sw-00335 LJO
10                                  )            1:06-sw-00336 LJO
   *944 Banyan Drive                )            1:06-sw-00337 LJO
11 Lemoore, California 93245        )            1:06-sw-00338 LJO
   *2001 Chevrolet 1500 Truck, VIN  )
12 1GCEC19T61Z201320                )
   *2005 Pace American trailer,     )   ORDER TO UNSEAL
13 VIN 4P2FB08105U059005            )   APPLICATION TO SEAL,
   *Cellular telephone with number  )   MEMORANDUM OF POINTS AND
14 (559)707-4414                    )   AUTHORITRIES AND THE
                                    )   ACCOMPANYING ACCOMPANYING
15                                  )   DECLARATION OF KIMBERLY A.
                                    )   SANCHEZ
16 _____

18     The Search Warrant Application and Affidavit and Supporting
19 Memorandum in this case, having been sealed by Order of this
20 Court pursuant to Rule 6(e) of the Federal Rules of Criminal
21 Procedure, and it appearing that it no longer need remain secret,
22     IT IS HEREBY ORDERED that the Search Warrant Application and
23 Affidavit and Supporting Memorandum be unsealed and made public
24 record.

25 DATED: Dec 13, 2006              _____
26                                  Lawrence J. O'Neill
                                    U.S. Magistrate Judge